# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON,<br><br>　　　　　　　Petitioner,<br>v.<br>WILLIAM HUTCHINGS, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:21-cv-01215-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Preston Emerson's unopposed first Motion for Extension of Time (ECF No. 16) is GRANTED. Petitioner has until April 8, 2022, to file a Second Amended Petition.

DATED: March 1, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1