# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON, | Case No. 2:21-cv-01215-GMN-NJK |
| Petitioner, | |
| v. | **ORDER** |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Preston Emerson's unopposed first Motion for Extension of Time (ECF No. 18) is GRANTED. Petitioner has until May 23, 2022, to file a Second Amended Petition.

DATED: April 20, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1