# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON, | Case No. 2:21-cv-01215-GMN-NJK |
| Petitioner, | |
| v. | ORDER |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Preston Emerson's unopposed third Motion for Extension of Time (ECF No. 20) is GRANTED. Petitioner has until July 22, 2022, to file his Second Amended Petition.

DATED: June 13, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1