UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PRESTON EMERSON,                                    Case No. 2:21-cv-01215-GMN-NJK

    Petitioner                                              **ORDER**

v.

GABRIELA NAJERA,[1] et al.,

    Respondents

Petitioner Preston Emerson filed a Motion for Extension of Time to File a Second Amended Petition (Fourth Request) (ECF No. 22). Petitioner also filed an Unopposed Motion for Extension of Time to File a Second Amended Petition (Fifth Request) (ECF No. 23). The Court finds the motions are made in good faith and not solely for the purposes of delay, and therefore, good cause exists to grant the motions.

**IT IS THEREFORE ORDERED** that**:**

1. Petitioner's Motion for Extension of Time to File Second Amended Petition (Fourth Request) (**ECF No. 22) is GRANTED** *nunc pro tunc*.

2. Petitioner's Unopposed Motion for Extension of Time to File Second Amended

///

///

---

[1] According to the state corrections department's inmate locator page, Petitioner Preston Emerson is incarcerated at Southern Desert Correctional Center (SDCC).  The department's website reflects Gabriela Najera is the warden for that facility. https://doc.nv.gov/Facilities/SDCC_Facility/. I will therefore direct the clerk of the court to substitute Gabriela Najera for Respondent William Hutchings under Rule 25(d) of the Federal Rules of Civil Procedure.

1

Petition (Fifth Request) **(ECF No. 23) is GRANTED**. The deadline for Petitioner to file an amended petition is November 21, 2022.

3.  The Clerk of the Court is directed to substitute Gabriela Najera for Respondent William Hutchings.

Dated:   September 20, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE