# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON,<br><br>                Petitioner,<br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>                Respondents. | Case No. 2:21-cv-01215-GMN-NJK<br><br>**ORDER** |

      Good cause appearing, IT IS HEREBY ORDERED that Petitioner Preston Emerson's unopposed motion for extension of time in which to file a Second Amended Petition (sixth request) (ECF No. 26) is GRANTED. Emerson has until January 20, 2023, to file a Second Amended Petition.

DATED: November 22, 2022

                                                  _____
                                                  GLORIA M. NAVARRO
                                                  UNITED STATES DISTRICT JUDGE