1
2
3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON, | Case No. 2:21-cv-01215-GMN-NJK |
| Petitioner, | |
| v. | **ORDER** |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Preston Emerson's unopposed seventh Motion for Extension of Time (ECF No. 28) is GRANTED.  Petitioner has until March 21, 2023, to file his Second Amended Petition.

DATED: February 2, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE