# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON,<br><br>               Petitioner,<br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>               Respondents. | Case No. 2:21-cv-01215-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Preston Emerson's unopposed eighth Motion for Extension of Time (ECF No. 30) is GRANTED. Petitioner has until May 22, 2023, to file his Second Amended Petition.

The new deadline the Court approves in this order falls nearly one year after the Court granted Petitioner's first request to extend time to file his second amended petition. (ECF No. 19.) Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterrorism and Effective Death Penalty Act ("AEDPA") 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. Based on the lack of progress to date, additional delay may impede this case from reaching a merits determination within three years. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause.

DATED: April 4, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1