# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON,<br><br>        Petitioner,<br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>        Respondents. | Case No. 2:21-cv-01215-GMN-NJK<br><br>**ORDER** |

  Good cause appearing, IT IS HEREBY ORDERED that Petitioner Preston Emerson's unopposed ninth Motion for Extension of Time (ECF No. 32) is GRANTED. Petitioner represents that this is his final request for extension related to filing his Second Amended Petition. Petitioner has until June 21, 2023, to file his Second Amended Petition.

  DATED: June 2, 2023

                        _____
                        GLORIA M. NAVARRO
                        UNITED STATES DISTRICT JUDGE