# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON,<br><br>　　　　　Petitioner,<br>v.<br>WILLIAM HUTCHINGS, et al.,<br><br>　　　　　Respondents. | Case No. 2:21-cv-01215-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF No. 36) is GRANTED.  Respondents have until October 20, 2023, to file their response to the Second Amended Petition.

DATED:   September 7, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE