# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON,<br><br>       Petitioner,<br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>       Respondents. | Case No. 2:21-cv-01215-GMN-NJK<br><br>**ORDER** |

  Petitioner seeks an extension of time to file his Opposition to Respondents' Motion to Dismiss. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

  It is therefore ordered that Petitioner's first unopposed Motion for Extension of Time (ECF No. 42) is GRANTED. Petitioner has until December 18, 2023, to file his Opposition.

DATED: November 13, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE