# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON EMERSON,<br><br>           Petitioner,<br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>           Respondents. | Case No. 2:21-cv-01215-GMN-NJK<br><br>**ORDER** |

Respondents seek an extension of time to file their Reply in support of their Motion to Dismiss. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed Motion for Extension of Time (ECF No. 46) is GRANTED. Respondents have until February 16, 2024, to file their reply.

DATED: January 5, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1